UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>v.<br><br>HUGO ALBERTO MEDINA-HERNANDEZ,<br><br>              Defendant. | No. CR-09-6039-WFN-2<br><br>ORDER GRANTING UNOPPOSED MOTION TO MODIFY CONDITIONS OF RELEASE |

Before the court is Defendant's Unopposed Motion to Modify the Order Setting Conditions of Release.

**IT IS ORDERED** that Defendant's Motion **(ECF No. 464)** is **GRANTED.** The Order Setting Conditions of Release is modified by removing the conditions set forth in Condition of release No. 29 including electric monitoring. All the other terms and conditions the Order Setting Conditions of Release shall remain the same.

DATED May 16, 2011.


                            S/ CYNTHIA IMBROGNO
                  UNITED STATES MAGISTRATE JUDGE

ORDER GRANTING UNOPPOSED MOTION TO MODIFY CONDITIONS OF RELEASE - 1